**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| ROBERT F. FARMER, | ) |
| | ) |
| Plaintiff, | ) Civil Action No.: |
| | ) 5:26-cv-00131-TES |
| v. | ) |
| | ) |
| BUTTS COUNTY, GEORGIA, | ) |
| | ) |
| Defendant. | ) |

### ORDER

This matter is before the Court on the Parties' Joint Stipulation of Partial Dismissal and Withdrawal of Defendant's Motion to Dismiss [Doc. 18]. Having reviewed the Stipulation and being otherwise duly advised, the Court finds good cause to give it effect. Accordingly, it is hereby **ORDERED** as follows:

1.    Count III of Plaintiff's First Amended Complaint [Doc. 11], asserting a claim for Disparate Impact Discrimination in Violation of the ADA, 42 U.S.C. § 12112, is **DISMISSED WITH PREJUDICE**, with each party to bear its own attorneys' fees, costs, and expenses as to the dismissed claim.

2.    Defendant's Motion for Partial Dismissal of First Amended Complaint [Doc. 14] is **DENIED AS MOOT**.

3.      Counts I, II, and IV of Plaintiff's First Amended Complaint remain pending, and this Order does not adjudicate any claim, defense, or right of either party with respect to those remaining counts.

**SO ORDERED**, this _____ day of _____, 2026.

_____
TILMAN E. SELF, III, JUDGE
UNITED STATES DISTRICT COURT